**UNITED STATES OF AMERICA,**
**Appellee,**

v.

**Ricardio Dale SMITH, Appellant.**

**No. 02–2731.**

United States Court of Appeals,
Eighth Circuit.

Submitted Jan. 24, 2003.

Decided Jan. 27, 2003.

---

Before LOKEN, FAGG, and MURPHY, Circuit Judges.

1. The HONORABLE MICHAEL J. DAVIS, United States District Judge for the District of

[UNPUBLISHED]

PER CURIAM.

Ricardio Dale Smith pleaded guilty to possession of a firearm and ammunition by a person with three felony crime-of-violence convictions, in violation of 18 U.S.C. §§ 922(g)(1) and 924(e). Smith entered into a plea agreement in which he waived his right to appeal his sentence so long as the court sentenced him at or below the Guidelines range of 168–210 months. The district court[1] sentenced Smith to the mandatory minimum of 180 months in prison and five years of supervised release. On appeal, counsel has moved to withdraw and filed a brief under *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).

Smith knowingly and intelligently waived his right to appeal the sentence the district court imposed. *See United States v. Morrison*, 171 F.3d 567, 568 (8th Cir. 1999). Further, having reviewed the record under *Penson v. Ohio*, 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), we find no nonfrivolous issues.

Accordingly, we grant counsel's motion to withdraw and affirm.

A true copy.